UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRANDON CRIDER,** an individual, | * * * |
| PLAINTIFF, | * |
| v. | * * Case No. 3:22-cv-2812 |
| **SEJ PROPERTIES LP,** a limited partnership, | * * * |
| DEFENDANT. | * * |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff hereby gives notice of the dismissal of the action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 28th day of May, 2023.

                                                                      Respectfully submitted,

                                      /s/ Duncan Strickland
                                      Duncan Strickland
                                      Counsel for Plaintiff
                                      State Bar No.: 24072374
                                      1452 Hughes Road, #200
                                      Grapevine, Texas 76051
                                      Telephone: (214) 478-2753
                                      Facsimile: (832) 218-4317
                                      E-mail: Duncan@StricklandLawFirm.com